**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
LINDA Y. TURNER,                :
                                :
              Plaintiff,        :
                                :
         - v. -                 :
                                :   STIPULATION AND ORDER
                                :   08 Civ. 0068 (PKC)
                                :
MICHAEL J. ASTRUE,              :   08 Civ 0068
Commissioner of                 :
Social Security,                :
                                :
              Defendant.        :
                                :
- - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from March 4, 2008 to and including May 5, 2008. This extension is requested because

the administrative record has not yet been received by the the defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       February 20, 2008

> KLEIN, WAGNER & MORRIS, LLP
> Attorneys for Plaintiff
>
> By: _____
>    MICHAEL G. WAGNER, ESQ.
>    277 Broadway, 9th Floor
>    New York, New York 10007
>    Telephone No. (212) 227-7200
>
> MICHAEL J. GARCIA
> United States Attorney for the
> Southern District of New York
> Attorney for Defendant
>
> By: _____
>    JOHN B. GURA, JR.
>    Assistant United States Attorney
>    86 Chambers Street, 3rd Floor
>    New York, New York  10007
>    Telephone No.: (212) 637-2712
>    John.Gura@usdoj@gov

SO ORDERED: _____
UNITED STATES DISTRICT JUDGE
2-29-08